**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kenneth O. LANGLEY, Defendant—**
**Appellant.**

**No. 08–7908.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 26, 2009.

. Keith Alan Williams, Keith A. Williams, PA, Greenville, North Carolina, for Appellant. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth O. Langley appeals the district court's order granting Langley's 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Langley,* No. 4:04–cr–00073–FL–1 (E.D.N.C. Sept. 8, 2008). We deny Langley's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*